1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK BARBOSA-CANDALENT,

11              Petitioner,                    2:07-cv-0910-GEB-EFB-P

12        vs.

13   I.D. CLAY, Warden,

14              Respondent.             <u>ORDER</u>

15   _____/

16        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On December 14, 2007, the magistrate judge filed findings and recommendations

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty days.  Neither party has filed

22   objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed December 14, 2007, are adopted in

2  full; and

3          2.  This action is dismissed without prejudice.  Fed. R. Civ. P. 41(b); Rule 11,

4  Rules Governing § 2254 Cases.

5  Dated:  February 19, 2008

6

7  _____
   GARLAND E. BURRELL, JR.

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26